**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOYCE MORRISON, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 1:26-cv-03124-GLR |
| v. | ) | |
| | ) | |
| ANDREWS & HIGGINS, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Joyce Morrison, by and through undersigned counsel, hereby requests that the Clerk of this Court enter a dismissal of this matter with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(i), no opposing party having served either an answer or a motion for summary judgment.

RESPECTFULLY SUBMITTED,

DATED: September 9. 2026

/signed/Joshua Whitaker/
Joshua Whitaker, Attorney
District Court Bar No. 16457
whitaker@adelphilaw.com
2306 Wineberry Terrace
Baltimore, MD 21209
Tel./Fax 888.367.0383

*Counsel for Plaintiff*