**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**APPROVED** this 9th day of September, 2026. The Complaint is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

/s/
George L. Russell, III
Chief United States District Judge

| | |
|---|---|
| JOYCE MORRISON, | ) |
| | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) |
| ANDREWS & HIGGINS, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

Civil Action No. 1:26-cv-03124-GLR

**STIPULATION OF DISMISSAL**

Plaintiff Joyce Morrison, by and through undersigned counsel, hereby requests that the Clerk of this Court enter a dismissal of this matter with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(i), no opposing party having served either an answer or a motion for summary judgment.

RESPECTFULLY SUBMITTED,

DATED: September 9. 2026

/signed/Joshua Whitaker/
Joshua Whitaker, Attorney
District Court Bar No. 16457
whitaker@adelphilaw.com
2306 Wineberry Terrace
Baltimore, MD 21209
Tel./Fax 888.367.0383

*Counsel for Plaintiff*